UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael A. HOFIERKA, Defendant–
Appellant.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Ronald Carl ANDREWS, a/k/a
"Barracuda", Defendant–
Appellant.

Nos. 95–2151, 95–2258
Non–Argument Calendars.

United States Court of Appeals,
Eleventh Circuit.

Aug. 28, 1996.

James H. Burke, Jr., Asst. Federal Public Defender, William Mallory Kent, Jacksonville, Florida, for Appellant in No. 95–2258.

Thomas Morris, Charles L. Truncale, Asst. U.S. Attys., Jacksonville, Florida, Tamra Phipps, Asst. U.S. Atty., Tampa, Florida, for Appellee in No. 95–2258.

William M. Kent, Asst. Federal Public Defender, Jacksonville, FL, for Appellant in No. 95–2151.

Richard Poole, Asst. U.S. Atty., James R. Klindt, Peggy M. Ronca, Jacksonville, FL, Tamra Phipps, Asst. U.S. Atty., Tampa, FL, for Appellee in No. 95–2151.

ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, and HATCHETT and ANDERSON, Circuit Judges.

PER CURIAM:

Upon consideration of the appellants' petition for panel rehearing, the same is granted; and the opinion filed in this case on May 16, 1996, and published at 83 F.3d 357, is modified in one respect. Footnote 7 of the opinion is deleted.

In all other respects, the petition for rehearing is DENIED.